MICHAEL GRADY
262 MARTIN LUTHER KING JR
PHILADELPHIA, MS 39350

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

21ST MORTGAGE CO.
P.O. BOX 148
MEMPHIS, TN 38101

ALLIED INTERSTATE LLC
ATTN: BANKRUPTCY
P.O. BOX 5002
FOGELSVILLE, PA 18051

CRAIG MARTIN DMD
1001 E MAIN ST
PHILADELPHIA, MS 39350

ESTUARY FUNDING
PO BOX 11202
SANTA ROSA, CA 95406

FAMILY CHOICE
284 W BEACON ST STE 1
PHILADELPHIA, MS 39350

FIRST SAVINGS BANK
ATTN: BANKRUPTCY
PO BOX 5096
SIOUX FALLS, SD 57117

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

REPUBLIC FINANCE
907 W BEACON ST
PHILADELPHIA, MS 39350

SANTANDER CONSUMER USA
ATTN: BANKRUPTCY
PO BOX 961211
FORT WORTH, TX 76161

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232