**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Michael Grady, Debtor** **Case No. 26-03085-JAW**
**CHAPTER 13**

**MOTION TO ALLOW DEBTOR TO MAKE PLAN PAYMENTS DIRECT**

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to make plan payments direct, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 11/10/2026.
2. The Debtor's employment schedule is irregular, and the Debtor does not work every week. As a result, the Debtor does not receive a consistent weekly paycheck from which plan payments can be regularly withheld.
3. The Debtor desires to make plan payments directly to the Chapter 13 Trustee to ensure that payments are made with the terms of the Chapter 13 Plan

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order allowing the Debtor to make Chapter 13 plan payments directly to the Chapter 13 Trustee, without wage withholding, and grant such other and further relief as this Court deems just and proper.

.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing was forwarded on November 12, 2026, to the creditor, case trustee and U.S. Trustee as indicated in the “21 day notice” that accompanies this Motion.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.