**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Michael Grady, Debtor** **Case No. 26-03085-JAW**
**CHAPTER 13**

**ORDER TO ALLOW DEBTOR TO MAKE PLAN PAYMENTS DIRECT**

THIS CAUSE having come on this date on the Debtor's Motion to Allow Debtor to Make Plan Payments Direct (DK #___), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion is granted. The Debtor is authorized to make Chapter 13 plan payments directly to the Chapter 13 Trustee in lieu of payments through wage withholding due to the Debtor's irregular work schedule and inconsistent weekly earnings. The Debtor shall remain responsible for making all plan payments timely and in accordance with the terms of the Chapter 13 Plan.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR